SUGG et al. v. ESKEW et al.†

(Circuit Court of Appeals, Eighth Circuit. May 6, 1912.)

No. 3,658.

In Error to the Circuit Court of the United States for the Eastern District of Missouri.

Action at law by Clyde F. Sugg and others against John Eskew and the Decatur Egg Case Company. Judgment for defendants, and plaintiffs bring error. Reversed.

Wilson Cramer and R. B. Oliver, Sr., for plaintiffs in error.
Martin L. Clardy and Robert A. Anthony, for defendants in error.

Before SANBORN, ADAMS, and CARLAND, Circuit Judges.

CARLAND, Circuit Judge. This is an action in ejectment for section 36, township 17, range 7, Dunklin county, Mo., and for rents and profits. Our decision in No. 3,659, Byrd v. Hall and Decatur Egg Case Company et al., 196 Fed. 762, must rule this case. The judgment below is therefore reversed, and a new trial granted for the reasons stated in the opinion in that case.